IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN PHILLIP CURTIS,  Civ. No. 05-1490-CO

        Petitioner,  Order

v.

CHARLES DANIELS,

        Respondent.

Magistrate Judge John P. Cooney filed Findings and Recommendation on October 17, 2005 in the above entitled case. The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner timely filed objections. The court has,

therefore, given de novo review of Judge Cooney's rulings.

After review, the court adopts the Findings and Recommendation filed October 17, 2005 [#4] in its entirety. The petition [#2] is denied. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this 4th day of January, 2006.

_Michael R. Hogan_
United States District Judge